**2003–0435.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1941. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0436.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1934. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0437.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1935. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0438.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1942. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0439.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1943. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0440.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1936. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0441.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1944. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0442.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1937. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0443.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1945. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0444.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1938. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0445.  DAK PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1939. On motion to consolidate cases 2003–0433 through 2003–0445. Motion granted.

**2003–0469.  State v. Cowan.**
Portage App. No. 2001–P–0109, 2002-Ohio-7271. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Judgment Entry filed March 3, 2003:

"Whether a municipal court has jurisdiction to review a petition for post-conviction relief, filed pursuant to R.C. 2953.21, where the conviction is based upon violation of a state law."

F.E. Sweeney, J., dissents.

The conflict case is *State v. Dunlap* (Oct. 23, 1997), Licking App. No. 97–CA–53, and this cause is consolidated with 2003–0019, *State v. Cowan,* Portage App. No. 2001–P–0109, 2002-Ohio-7271.

**2003–0555.  State v. Wade.**
Cuyahoga App. No. 81080, 2002-Ohio-6827. On motion for leave to file delayed appeal. Motion denied.

Pfeifer and Lundberg Stratton, JJ., dissent.

**2003–0562.  State v. Kelly.**
Muskingum App. No. CT20020027, 2003-Ohio-337. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Journal Entry filed March 5, 2003: